■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON MATTHEWS, Appellant. [604 NYS2d 951] —Judgment, Supreme Court, Bronx County (Robert Seewald, J.), rendered June 20, 1991, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him, as a predicate violent felony offender, to an indeterminate term of 9 to 18 years, unanimously affirmed.

As the showups, which were prompted by the eyewitness's bringing defendant to the officers' attention, were proximate

in time and location to the crime, the hearing court properly denied defendant's motion to suppress the identification testimony *(see, People v Duuvon,* 77 NY2d 541, 544). The validity of such at-the-scene procedures is not necessarily diminished by the existence of a prior identification *(supra,* at 545). Further, the record contains a sufficient independent basis for the in-court identification of defendant by the victim to render harmless any suggestiveness surrounding the victim's stationhouse view of defendant *(People v Adams,* 53 NY2d 241, 252; *cf., People v Seegars,* 172 AD2d 183, 187, *appeal dismissed* 78 NY2d 1069). We do not find that the court abused its discretion in sentencing defendant. Concur—Murphy, P. J., Rosenberger, Ross and Nardelli, JJ.